In the Matter of PHILADELPHIA RAPID TRANSIT COMPANY, Debtor.

PENNSYLVANIA PUBLIC UTILITY COMMISSION, Appellant, v. UNION TRACTION COMPANY OF PHILADELPHIA, et al., Additional Debtors, and S. Davis Wilson, David E. Kaufman, John A. McCarthy, Albert M. Greenfield and Edward W. Wells, Trustees of Philadelphia Rapid Transit Company, Debtor, and Philadelphia Rapid Transit Company, Appellees.

No. 6813.

Circuit Court of Appeals, Third Circuit.

June 30, 1938.

Joseph Ominsky, of Philadelphia, Pa., for appellant.

Francis Shunk Brown, John J. Sullivan, Joseph Gilfillan, Ballard, Spahr, Andrews & Ingersoll, Montgomery & McCracken, and Saul, Ewing, Remick & Saul, all of Philadelphia, Pa., for appellees.

Before BUFFINGTON and DAVIS, Circuit Judges, and DICKINSON, District Judge.

DAVIS, Circuit Judge.

And now, June 30, 1938, upon consideration of the appeal of Pennsylvania Public

1022

Utility Commission in the above entitled matter, and after hearing oral argument thereon, it is ordered, adjudged and decreed that the said appeal be dismissed, and that the decree of June 6, 1938, of the District Court for the Eastern District of Pennsylvania, be affirmed.